# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WELLS FARGO HOME MORTGAGE<br>OVERTIME PAY LITIGATION<br><br>This document relates to ALL CASES | 06-1770<br><br>MDL No. MDL-~~1770~~<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER RE: COMMUNICATIONS WITH<br>PUTATIVE CLASS MEMBERS** |

## STIPULATION AND PROPOSED ORDER

MARILYN HALL PATEL, United States District Judge:

AND NOW, on this _____ day of _____, 2006, the parties having stipulated, it is **ORDERED**, as follows:

### LIMITATION ON CONTACT WITH PUTATIVE CLASS MEMBERS

1.  No contact with any putative class member by any party or the agent of any party shall be permitted except as provided in this order.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. & [PROPOSED] ORDER RE: COMM.
W/PUTATIVE CLASS MEMBERS

CASE NO. MDL No. MDL-1770

2. The Court's prior orders regarding contact with putative class members are hereby vacated and replaced with this order.

### WEBSITES

3. The parties may each establish a website in which they describe their positions in the lawsuit ("Website"). Any Website will hyperlink to the opposing side's website and will encourage viewers to follow the link if they desire more information. The parties are free to discuss the case with any putative class members who contact them through their respective Websites. Before posting any content to their respective Websites, the parties shall first provide the proposed content to the opposing side for comment. The opposing side shall have five business days to make any objections to the content. If no objections are made, the content may be posted. If an objection is timely made, the parties shall meet to informally resolve the dispute within five business days. If the dispute cannot be resolved informally, the parties may apply to the Court for resolution through a conference call. No content is to be posted until the dispute is resolved.

### AFFIRMATIVE CONTACT WITH PUTATIVE CLASS MEMBERS

4. <u>Admonitions</u>. Other than the websites permitted herein, the parties may attempt to initiate affirmative contact with putative class members only subject to the following conditions.

   A. Any party seeking to contact a putative class member for an interview must inform the putative class member orally at the outset of the contact: (1) that the putative class member is free to talk or not to talk with Plaintiffs' or Wells Fargo's lawyers, (2) that he or she will not receive any benefit nor will suffer any detriment as a result of talking to either side's lawyers, or for refusing to do so; and (3) of the contact information for the opposing party. This same disclaimer shall be given in writing or via email within one business day and before the interviewee signs any declaration.

   B. Any contact with putative class members by the defendant is subject to these additional restrictions that must also be provided to the putative class member orally at the outset of the communication: (1) no employer representative of Wells Fargo including in-house counsel may be present for any contact, and if the contact is by telephone counsel shall take reasonable steps to ensure that no employer representative of Wells Fargo is

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

STIP. & [PROPOSED] ORDER RE: COMM.
W/PUTATIVE CLASS MEMBERS

2.

CASE NO. MDL No. MDL-1770

participating in or monitoring the interview; (2) no in-person interviews of putative class members are permitted on Wells Fargo's premises, except that a putative class member may be interviewed by telephone while the putative class member is on Wells Fargo's premises. This additional disclaimer shall be given in writing or via email within one business day and before the interviewee signs any declaration.

   C. Reasonable steps to insure that no employer representative of Wells Fargo is present during the interview, include (a) making sure the employee has privacy while speaking, (b) asking the employee whether any supervisor or other employee is present, and (c) any other steps that may be appropriate in the circumstances.

   D. Contact information for opposing parties is as follows:

   For Plaintiffs:

    Callahan, McCune & Willis, APLC
    Attn: Charles Russell
    111 Fashion Lane
    Tustin, California 92780-3397
    Telephone: (714) 730-5700
    Facsimile: (714) 730-1642
    Email: charles_russell@cmwlaw.net
    Website: to be determined

    Stueve Siegel Hanson Woody LLP
    Attn: George A. Hanson
    330 West 47th Street
    Kansas City, Missouri 64112
    Telephone: (816) 714-7115
    Facsimile: (816) 714-7101
    Email: hanson@sshwlaw.com
    Website: to be determined

    Hoffman & Lazear
    Attn: Tim Hoffman
    180 Grand Ave. Suite 1550
    Oakland, California 94612
    Telephone: (510) 763-5700
    Facsimile: (510) 835-1311
    Email: hth@hoffmanandlazear.com
    Website: to be determined

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. & [PROPOSED] ORDER RE: COMM. W/PUTATIVE CLASS MEMBERS    3.    CASE NO. MDL No. MDL-1770

For Defendants

Littler Mendelson, A Professional Corporation
Attn: Lindbergh Porter
650 California Street, 20th floor
San Francisco, California 94108-2693
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
Email: lporter@littler.com
Website: to be determined

5. <u>Neutral Administrator</u>.  The Court appoints Rust Consulting, Inc. as the neutral administrator ("Administrator") to perform the duties as described herein.  The parties are to share the costs of the Administrator equally.  The Administrator shall perform the duties outlined below impartially, and shall not disclose information to either party except as described below or as ordered by the Court.

6. <u>Defendant's Contact Limited to 500 Putative Class Members</u>.  Defendant shall provide the Administrator with a list of the 500 putative class members whom it may attempt to initiate affirmative contact.  Defendant shall not initiate any contact with any putative class member until it has provided the Administrator with this list, and shall not attempt to contact any putative class member who is on this list.

7. <u>Plaintiffs' Contact Limited to 500 Putative Class Members</u>.  Within ten days of this order being entered, Defendant shall provide the Administrator with a computer-readable and editable list of all the putative class members, including their names, last known home address, last known telephone number, job title(s) at Wells Fargo Home Mortgage, work location(s) at Wells Fargo Home Mortgage, type of office location (*e.g.*, office building, retail storefront, Wells Fargo Bank branch, etc.) dates of employment for each loan originator position (*e.g.*, reverse-mortgage, prime, non-prime, etc.). held at Wells Fargo Home Mortgage, and whether the putative class member is a current or former employee of Wells Fargo Home Mortgage.

Plaintiffs may provide the Administrator with a set of search criteria for selecting putative class members to whom they may attempt to initiate contact.  Based on these search criteria the Administrator shall select 500 putative class members and provide Plaintiffs' counsel with a

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. & [PROPOSED] ORDER RE:  COMM. W/PUTATIVE CLASS MEMBERS

4.

CASE NO. MDL No. MDL-1770

computer-readable and editable list containing all the information described above for each of the 500 putative class members. Plaintiffs shall not initiate any contact with any putative class member until they have received this list, and shall not attempt to contact any putative class member who is not on this list.

It is so stipulated.

_____     11/22/2006
by Charles Russell, for Plaintiffs      Date

_____     11/27/06
by George Hanson, for Plaintiffs      Date

_____     NOV 20, 2006
by H. Tim Hoffman, for Plaintiffs      Date

_____     November 30, 2006
by Lindbergh Porter, for Wells Fargo      Date

**It is so ordered.**

_____     12/6/06
Marilyn Hall Patel                       Date
United States District Judge

~~Dated: November ___, 2006~~

~~LINDBERGH PORTER~~
~~LITTLER MENDELSON~~
~~A Professional Corporation~~
~~Attorneys for Defendant~~

Firmwide:81683419.1 051995.1005

STIP. & [PROPOSED] ORDER RE: COMM. W/PUTATIVE CLASS MEMBERS     5.     CASE NO. MDL No. MDL-1770

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940