1  Robert W. Thompson, Esq. (SBN 106411)
   Charles Russell Esq. (SBN 233913)
2  **CALLAHAN, McCUNE & WILLIS, APLC**
   111 Fashion Lane
3  Tustin, California 92780-3397
4  Tel:   (714)  730-5700
   Fax:   (714)  730-1642
5  E-mail: Robert_Thompson@cmwlaw.net
   E-mail: Charles_Russell@cmwlaw.net
6
7  Liaison Counsel for Plaintiffs
8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11
12 In re:                              )  **MDL No.  06-1770**
13                                     )  **STIPULATION TO CONTINUE**
                                       )  **MOTION TO DISMISS 17200 CLAIMS**
14                                     )  **OF NON-CALIFORNIA PUTATIVE**
                                       )  **CLASS MEMBERS**
15 WELLS FARGO HOME MORTGAGE           )
   OVERTIME PAY LITIGATION             )
16                                     )  Date: March 12, 2007
                                       )  Time: 2:00 p.m.
17 This document relates to ALL CASES _ )  Dept: Courtroom 15
18                                     )
                                       )  Before:  The Hon. Marilyn Hall Patel
19 _____ )
20
        IT IS HEREBY STIPULATED by and between all parties through their attorneys
21
   of record, that the Motion of Defendant, WELLS FARGO HOME MORTGAGE, a
22
   division of WELLS FARGO BANK, NATIONAL ASSOCIATION to Dismiss 17200
23
   Claims of Non-California Putative Class Members be continued to March 12, 2007, in
24
   order to allow the parties to first conclude their mediation which began on January 9,
25
   2007 and is scheduled for another session in February, 2007.
26
        IT IS FURTHER STIPULATED by and between all parties through their
27
   ///
28

                                      - 1 -

1    attorneys of record that the deadline to file any oppositions and replies will be governed

2    by the continued hearing date.

3    DATED: ___1-22 - 2007___          CALLAHAN, McCUNE & WILLIS, APLC

4

5                                      By _____
                                          ROBERT W. THOMPSON
6                                         CHARLES S. RUSSELL
                                          Attorneys for the Plaintiff,
7                                         GENARO PEREZ, on behalf of
                                          themselves and all other similarly situated
8                                         persons and the general public

9    DATED: _January 21, 2007_  LITTLER MENDELSON, APC

10

11                                     By _____
                                          LINDBERGH PORTER
12                                        RICHARD RAHM
                                          Attorneys for the Defendant, WELLS
13                                        FARGO HOME MORTGAGE, a division
                                          of WELLS FARGO BANK, NATIONAL
14                                        ASSOCIATION

15   DATED: __1·22-2007__            HOFFMAN & LAZEAR

16

17                                     By _____
                                          H. TIM HOFFMAN
                                          Attorneys for the Plaintiff,
18                                        JASON MEVORAH on behalf of
                                          themselves and all other similarly situated
19                                        persons and the general public

20

21   DATED: _____            STUEVE SIEGEL HANSON WOODY LLP

22

                                       By _____
23                                        GEORGE A. HANSON, ESQ.
                                          Attorneys for the Plaintiff,
24                                        GENARO PEREZ, on behalf of
                                          themselves and all other similarly situated
25                                        persons and the general public

26   IT IS SO ORDERED:

27   DATED: __Jan. 24, 2007__          _____

28                                     HON. MARILYN HALL PATEL   .


                                      - 2 -

1    attorneys of record that the deadline to file any oppositions and replies will be governed

2    by the continued hearing date.

3    DATED: _____      CALLAHAN, McCUNE & WILLIS, APLC

4

5                               By _____

6                                  ROBERT W. THOMPSON
                                   CHARLES S. RUSSELL

7                                  Attorneys for the Plaintiff,
                                 GENARO PEREZ, on behalf of

8                                  themselves and all other similarly situated
                                 persons and the general public

9    DATED: _January 21, 2007_ LITTLER MENDELSON, APC

10

11                               By _____

12                                  LINDBERGH PORTER
                                 RICHARD RAHM

13                                  Attorneys for the Defendant, WELLS
                                 FARGO HOME MORTGAGE, a division

14                                  of WELLS FARGO BANK, NATIONAL
                                 ASSOCIATION

15    DATED: _____      HOFFMAN & LAZEAR

16

17                               By _____
                                 H. TIM HOFFMAN

18                                  Attorneys for the Plaintiff,
                                 JASON MEVORAH on behalf of

19                                  themselves and all other similarly situated
                                 persons and the general public

20

21    **DATED:** _____      STUEVE SIEGEL HANSON WOODY LLP

22

23                            /       By _____
                                 GEORGE A. HANSON, ESQ.

24                                  Attorneys for the Plaintiff,
                                 GENARO PEREZ, on behalf of

25                                  themselves and all other similarly situated
                                 persons and the general public

26    IT IS SO ORDERED:

27

28    DATED: _____      _____
                                 HON. MARILYN HALL PATEL

- 2 -