# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) MDL No: MDL-1770 |
| | ) |
| WELLS FARGO HOME MORTGAGE | ) |
| OVERTIME PAY LITIGATION | ) |
| | ) |
| This document relates to ALL CASES | ) |

## STIPULATION AND ~~PROPOSED~~ ORDER

MARILYN HALL PATEL, United States District Judge:

AND NOW, on this ___14th___ day of ___February___, 2007, the parties having stipulated, it is **ORDERED**, as follows:

The parties have engaged in a full-day mediation session using the services of former U.S. District Court Judge Gary Taylor and have continued direct discussions to refine the issues. The parties believe they have made progress and have continued to exchange informal discovery regarding both mediation and putative class issues. The parties believe that additional progress can be made and to that end have scheduled a second mediation session with David Rotman of

- 1 -

the mediation firm of Gregorio, Haldeman, Piazza, Rotman & Matityahu in San Francisco to occur by the first week of April 2007.

In order to allow the parties additional time to engage in additional discovery, and to allow them to focus their attention on the settlement of the actions through mediation, the parties agree to a modification of the Court's July 27, 2006 Case Management Order such as to continue the dates listed in Paragraph 13 ("Section 17200 and Related Issues") and Paragraph 14 ("Rule 23 Class Certification and 216(b) Collective Action Motions") as follows:

Section 17200 and Related Issues:

    17200 Issues opposition papers due by April 23, 2007;

    17200 Issues reply papers due by April 30, 2007; and

    17200 Issues hearing either on May 14, 2007 or _____.

Rule 23 Class Certification and 216(b) Collective Action Motions:

    Discovery regarding Certification Issues will be completed (responses due) by May 14, 2007;

    Certification Issues moving papers filed and served by May 29, 2007;

    Certification Issues opposition papers due June 26, 2007;

    Certification Issues reply papers due by July 3, 2007;

    Certification Issues hearing on July 10, 2007 or _____.

It is so stipulated.

by Charles Russell, for Plaintiffs      Date

by George Hanson, for Plaintiffs      Date 2/8/07

by H. Tim Hoffman, for Plaintiffs      Date

the mediation firm of Gregorio, Haldeman, Piazza, Rotman & Matityahu in San Francisco to occur by the first week of April 2007.

In order to allow the parties additional time to engage in additional discovery, and to allow them to focus their attention on the settlement of the actions through mediation, the parties agree to a modification of the Court's July 27, 2006 Case Management Order such as to continue the dates listed in Paragraph 13 ("Section 17200 and Related Issues") and Paragraph 14 ("Rule 23 Class Certification and 216(b) Collective Action Motions") as follows:

Section 17200 and Related Issues:

17200 Issues opposition papers due by April 23, 2007;

17200 Issues reply papers due by April 30, 2007; and

17200 Issues hearing either on May 14, 2007 or _____.

Rule 23 Class Certification and 216(b) Collective Action Motions:

Discovery regarding Certification Issues will be completed (responses due) by May 14, 2007;

Certification Issues moving papers filed and served by May 29, 2007;

Certification Issues opposition papers due June 26, 2007;

Certification Issues reply papers due by July 3, 2007;

Certification Issues hearing on July 10, 2007 or _____.

It is so stipulated.

by Charles Russell, for Plaintiffs          Date 2/9/07

by George Hanson, for Plaintiffs            Date

by H. Tim Hoffman, for Plaintiffs           Date Feb 2, 2007

- 2 -

1
2   _____          February 7, 2007
3   by Lindbergh Porter, for Wells Fargo    Date
4   Home Mortgage
5   It is so ordered.
6
7                                           February 14, 2007
8                                           Date
9   IT IS SO ORDERED
    Judge Marilyn H. Patel
10
11
12
13
...
28

- 3 -