Robert W. Thompson, Esq. (SBN 106411)
Charles Russell Esq. (SBN 233913)
**CALLAHAN, McCUNE & WILLIS, APLC**
111 Fashion Lane
Tustin, California 92780-3397
Tel:   (714)   730-5700
Fax:   (714)   730-1642
Email: Robert_Thompson@cmwlaw.net
Email: Charles_Russell@cmwlaw.net

George A. Hanson, Esq.
Eric L. Dirks, Esq
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
816-714-7115 tel
816-714-7101 fax
Email: hanson@stuevesiegel.com
Email: dirks@stuevesiegel.com

CO-LEAD COUNSEL FOR PLAINTIFFS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: <br><br><br><br> WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION <br><br> This document relates to NATIONWIDE CASES | **Case No. 06-CV-1770** <br><br> **UNOPPOSED [PROPOSED] ORDER APPROVING FORM OF NATIONWIDE CLASS NOTICE AND RELATED FORMS** <br><br> *****AS AMENDED BY COURT** |

A Case Management Conference was held on December 3, 2007 at 3:00 p.m. in Courtroom 15 of the United States District Court, Northern District of California, San Francisco Division. At that conference, the Court ordered that certain changes be made to the form of Nationwide Plaintiffs' proposed Notice to be sent to the Nationwide classes, and ordered the plaintiffs to submit their revised form of notice for approval. On December 11, 2007, Nationwide Plaintiffs submitted a proposed order approving the form of the revised Nationwide Notice (Doc. 95). Defendant objected to the Notice later in the day on December 11, 2007. The

1

parties then met and conferred and Nationwide Plaintiffs agreed to submit a revised notice incorporating changes suggested by Defendant. Nationwide Plaintiffs submitted an amended notice and proposed order that included a January 7, 2008 date for the mailing of the notice (Doc. 98). Because of several logistical issues relating to the copying and mailing of the notice, the parties have stipulated that the date of mailing should be extended from January 7, 2008 to January 11, 2008. As a result, Nationwide Plaintiffs submitted an amended proposed notice. Attached hereto as Exhibit 1 is the revised Nationwide Notice and related forms the parties have agreed to.

WHEREFORE, THE COURT ORDERS AS FOLLOWS:

The Notice to the Nationwide Classes and related forms attached as Exhibit 1 are approved as to form and content and shall be mailed ~~on January 11, 2008~~. within one week from date of this order.

IT IS SO ORDERED.

DATE: January 24, 2008

SIGNED: _____

United States District Court

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

2

DATED: January 2, 2008

By: /s/ George A. Hanson
George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
Fax: 816-714-7101
Email: hanson@stuevesiegel.com
Email: dirks@stuevesiegel.com

Robert W. Thompson
Charles Russell
CALLAHAN, MCCUNE & WILLIS, APLC
111 Fashion Lane
Tustin, California 92780-3397
Tel: (714) 730-5700
Fax: (714) 730-1642
Email: Robert_Thompson@cmwlaw.net
Email: Charles_Russell@cmwlaw.net

**CO-LEAD COUNSEL FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am an individual, not a party to this action, over the age of 18, and on January 2, 2008 a true and correct copy of the foregoing was served by via ECF to the following:

Lindbergh Porter, Jr.
Richard H. Rahm
LITTLER MENDELSON, PC
650 California Street, 22nd Floor
San Francisco, CA 94108
Email: lporter@littler.com
Email: rrahm@littler.com
PH: 415-433-1940 / Fax: 415-399-8490
ATTORNEYS FOR DEFENDANT

George A. Hanson
Eric L. Dirks
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Telephone: 816-714-7100
Facsimile: 816-714-7101
ATTORNEYS FOR PLAINTIFFS

H. Tim Hoffman
Arthur William Lazear

HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Email: hth@hoffmanandlazear.com
Email: awl@hoffmanandlazear.com
PH:     510 763-5700 / Fax:

Kevin J. McInerney
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Email: kevin@mcinerneylaw.net
PH:     775-849-3811 / Fax:   775-849-3866
ATTORNEYS FOR PLAINTIFFS

       /s/     George A. Hanson
George A. Hanson , an attorney for
Nationwide Plaintiffs

2

HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Email: hth@hoffmanandlazear.com
Email: awl@hoffmanandlazear.com
PH:     510 763-5700 / Fax:

Kevin J. McInerney
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Email: kevin@mcinerneylaw.net
PH:     775-849-3811 / Fax:   775-849-3866
ATTORNEYS FOR PLAINTIFFS

      /s/     George A. Hanson
George A. Hanson , an attorney for
Nationwide Plaintiffs