# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C.  20002<br><br>Telephone: [202] 502-2800<br>Fax:           [202] 502-2888<br>http://www.jpml.uscourts.gov |

March 26, 2008

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re:  MDL No. 1770 -- IN RE: Wells Fargo Home Mortgage Overtime Pay Litigation

(See Attached CTO-1)

Dear Mr. Weiking:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on March 10, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By *[signature]*
Mecca S. Thompson
~~Docket~~ Specialist

Attachment

cc:  Transferee Judge:     Judge Marilyn Hall Patel
     Transferor Judge:     Judge Marcia Morales Howard
     Transferor Clerk:     Sheryl L. Loesch

JPML Form 36

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 2 6 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 1 0 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: WELLS FARGO HOME MORTGAGE OVERTIME
PAY LITIGATION

Justine Bodmer v. Wells Fargo Bank, N.A., )
    M.D. Florida, C.A. No. 2:08-74 )  MDL No. 1770

## CONDITIONAL TRANSFER ORDER (CTO-1)

On June 15, 2006, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 435 F.Supp.2d 1338 (J.P.M.L. 2006). With the consent of that court, all such actions have been assigned to the Honorable Marilyn Hall Patel.

It appears that the action on this conditional transfer order involves questions of fact that are common to the action previously transferred to the Northern District of California and assigned to Judge Patel.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of June 15, 2006, and, with the consent of that court, assigned to the Honorable Marilyn Hall Patel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

APR 16 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: WELLS FARGO HOME MORTGAGE OVERTIME
PAY LITIGATION                                                   MDL No. 1770

## INVOLVED COUNSEL LIST (CTO-1)

Jonathan A. Beckerman
LITTLER MENDELSON PC
2 South Biscayne Boulevard
Suite 1500, One Biscayne Tower
Miami, FL 33131

Andrew R. Frisch
MORGAN & MORGAN PA
7450 Griffin Road
Suite 230
Davie, FL 33324

Lindbergh Porter, Jr.
LITTLER MENDELSON PC
650 California Street
20th Floor
San Francisco, CA 94108

Robert W. Thompson
CALLAHAN MCCUNE & WILLIS APLC
111 Fashion Lane
Tustin, CA 92780-3397