UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION | MDL Case No. MDL-1770 MHP |
| This document Relates To:<br><br>JASON MEVORAH v. WELLS FARGO HOME MORTGAGE, INC. | [~~PROPOSED~~] ORDER DIRECTING RUST CONSULTING, INC. TO PROVIDE CLASS COUNSEL WITH THE NAMES AND ADDRESSES OF CLASS MEMBERS |

Rust Consulting, Inc. has been serving as the Notice Administrator for the California class (*Mevorah*). The period for putative class members to exclude themselves from the class has passed. Rust Consulting, Inc. is now ordered to provide counsel for the plaintiff class the current names, addresses, phone numbers, and/or e-mail addresses of all individuals who did not exclude themselves. Rust Consulting, Inc. is directed to do so without delay by providing that data in electronic form to Kevin J. McInerney, Esq. of McInerney & Jones. Counsel for the plaintiffs is to bear the costs of providing this data and also the costs of any future address updates that class counsel may request of Rust Consulting, Inc.

Approved as to form
L. Hler Mendelson
Lindbergh Porter
Wells Fargo Home Mortgage

Dated: June 9, 2008

Hon. Marilyn Hall Patel
District Court Judge

---

1

**[PROPOSED] ORDER DIRECTING RUST CONSULTING, INC. TO PROVIDE CLASS COUNSEL WITH THE NAMES AND ADDRESSES OF CLASS MEMBERS**
**MDL Case No. MDL-1770**