United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | No. C 06-01770 MHP |
| WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION. | **MEMORANDUM & ORDER** <br> **Re: Defendant's Motion to Stay Pending Interlocutory Appeal** |
| This Document Relates to ALL CASES. / | |

Defendant's motion to stay pending interlocutory appeal came before this court for oral argument on June 9, 2008. In accordance with the court's bench order of June 9, 2008, defendant's motion is GRANTED IN PART and DENIED IN PART.

IT IS SO ORDERED.

Dated: June 17, 2008

MARILYN HALL PATEL
United States District Court Judge
Northern District of California