H. Tim Hoffman, SBN 49141
Arthur W. Lazear, SBN 83603
Morgan M. Mack SBN 212659
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

Kevin J. McInerney, SBN 46941
Kelly McInerney, SBN 200017
Charles A. Jones, SBN 224195
**MCINERNEY & JONES**
18124 Wedge Parkway #503
Reno, NV 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866

Attorneys for Plaintiff JASON MEVORAH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION<br><br>This document Relates To:<br><br>JASON MEVORAH v. WELLS FARGO HOME MORTGAGE, INC. | MDL Case No. 06-1770 MHP<br><br>**STIPULATION FOR SUBSTITUTION OF CLASS PLAINTIFF AND [PROPOSED] ORDER**<br><br>Hon. Marilyn Hall Patel<br>Courtroom 15 |

WHEREAS, Kevin J. McInerney, counsel for the plaintiff, has represented to this Court that Jason Mevorah is filing for personal bankruptcy and has further represented that Caroline Urso is a class member who has indicated her willingness to serve as the lead plaintiff or class representative, those individuals now acknowledge this:

I, Jason Mevorah, agree to withdraw as the class representative in this action.

Dated: June 16, 2008                         /s/ Jason Mevorah
                                             Jason Mevorah

I, Caroline Urso, agree to serve as the class representative in this action.

Dated: June 16, 2008                         /s/ Caroline Urso
                                             Caroline Urso

WHEREFORE, counsel for the parties stipulate and agree to the substitution of Caroline Urso as class representative in place and instead of Jason Mevorah.

Date: June 16, 2008                          Respectfully submitted,

                                             MCINERNEY & JONES

                                             By:  /s/ Kevin J. McInerney
                                                  Kevin J. McInerney
                                                  Attorneys for Plaintiffs

Date: June 16, 2008                          Respectfully submitted,

                                             LITTLER MENDELSON PC

                                             By:  /s/ Lindbergh Porter, Jr.
                                                  Lindbergh Porter, Jr.
                                                  Attorneys for Defendant

**I hereby attest that I have on file all holographic signatures for any signature indicated by a "conformed" signature (/s/) within this e-filed document.**
/s/ Kevin J. McInerney

---

2
**STIPULATION FOR SUBSTITUTION OF CLASS PLAINTIFF AND [PROPOSED] ORDER**

**ORDER**

Upon the stipulation of the parties, it is hereby ordered that Caroline Urso is substituted as the class representative in place of Jason Mevorah.

Date: July 17, 2008

**IT IS SO ORDERED**

Judge Marilyn H. Patel

*United States District Court, Northern District of California*

---

3

**STIPULATION FOR SUBSTITUTION OF CLASS PLAINTIFF AND [PROPOSED] ORDER**

**PROOF OF SERVICE**
**Jason Mevorah v. Wells Fargo Home Mortgage, et. al**
**United States District court, Northern District of California**
**MDL: 06-1770 (Case No. 05-01175 MHP)**

---

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On July 16, 2008, I served the foregoing document(s) described as:

    1.    Stipulation for Substitution of Class Plaintiff and [Proposed] Order

on all interested parties in this action addressed to the addressee as follows:

H. Tim Hoffman
HOFFMAN & LAZEAR
hth@hoffmanandlazear.com

Lindbergh Porter, Jr.
LITTLER MENDELSON
lporter@littler.com

Charles Russell
CALLAHAN, MCCUNE & WILLIS
charles_russell@cmwlaw.net

George A. Hanson
STUEVE, SIEGEL, HANSON & WOODY, LLP
hanson@stuevesiegel.com


XX   By CM/ECF.  I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).


    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on July 16, 2008, at Reno, Nevada.


                                            /s/ Jennifer Smith
                                            Jennifer Smith

---