UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION<br><br>This document relates to NATIONWIDE CASES | MDL Case No. MDL-1770<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING THE HEARING DATE ON NATIONWIDE PLAINTIFFS' MOTION FOR ACCEPTANCE OF CONSENT TO JOIN FORMS RECEIVED AFTER THE DEADLINE** |

**STIPULATION AND PROPOSED ORDER**

MARILYN HALL PATEL, United States District Judge:

The parties having stipulated, it is **ORDERED as follows:**

Nationwide Plaintiffs' MOTION FOR ACCEPTANCE OF CONSENT TO JOIN FORMS RECEIVED AFTER APRIL 18, 2008 was originally noticed for hearing on September 15, 2008 at 2:00 p.m.

1

**STIPULATION/ORDER**            **Case No. MDL-1770**

1  In order to accommodate defense counsel's schedule, the parties have agreed to move the

2  hearing date on that motion to **October 6, 2008 at 2:00 p.m.**

3  The filer has obtained the concurrence of all other signatories.

4  **IT IS SO STIPULATED.**

| STUEVE SIEGEL HANSON LLP | CALLAHAN, MCCUNE & WILLIS |
|---|---|
| __s/ George A. Hanson__<br>George A. Hanson<br>hanson@stuevesiegel.com<br>Eric L. Dirks<br>dirks@ stuevesiegel.com<br>Stueve Siegel Hanson LLP<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri, 64112<br>Tel:   (816) 714-7100<br>Fax:   (816) 714-7101<br>ATTORNEYS FOR NATIONWIDE PLAINTIFFS | __s/ Charles S. Russell__<br>Robert W. Thompson<br>Charles S. Russell<br>111 Fashion Lane<br>Tustin, California 92780-3397<br>Tel:   (714)   730-5700<br>Fax:   (714)   730-1642<br>Robert_Thompson@cmwlaw.net<br>Charles_Russell@cmwlaw.net<br>ATTORNEYS FOR NATIONWIDE PLAINTIFFS |
| LITTLER MENDELSON, PC<br><br>__s/ Lindberg Porter, Jr.__<br>Lindbergh Porter, Jr.<br>Richard H. Rahm<br>Alison S. Hightower<br>650 California Street, 22nd Floor<br>San Francisco, CA 94108<br>lporter@littler.com<br>rrahm@littler.com<br>ahightower@littler.com<br>PH:    415-433-1940<br>Fax: 415-399-8490<br>ATTORNEYS FOR DEFENDANT | |

**IT IS SO ORDERED.**

Dated: __8/19/2008__

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, signed Judge Marilyn H. Patel]*

---

2

**STIPULATION/ORDER**                                                                                **Case No. MDL-1770**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 15, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send email notification of such filing(s) to the following:

**Lindbergh Porter, Jr.**
**Richard H. Rahm**
**LITTLER MENDELSON, PC**
**650 California Street, 22nd Floor**
**San Francisco, CA 94108**
**Email: lporter@littler.com**
**Email: rrahm@littler.com**
**PH:    415-433-1940 / Fax: 415-399-8490**
**ATTORNEYS FOR DEFENDANT**

**H. Tim Hoffman**
**Arthur William Lazear**
**HOFFMAN & LAZEAR**
**180 Grand Avenue, Suite 1550**
**Oakland, CA 94612**
**Email: hth@hoffmanandlazear.com**
**Email: awl@hoffmanandlazear.com**
**PH:    510 763-5700 / Fax:**

**Kevin J. McInerney**
**MCINERNEY & JONES**
**18124 Wedge Parkway #503**
**Reno, NV 89511**
**Email: kevin@mcinerneylaw.net**
**PH:    775-849-3811 / Fax:  775-849-3866**
**ATTORNEYS FOR CALIFORNIA PLAINTIFFS**

/s/
Charles S. Rusell an attorney for
Nationwide Plaintiffs