LINDBERGH PORTER, JR., Bar No. 100091
RICHARD H. RAHM, Bar No. 130728
ALISON S. HIGHTOWER, Bar No. 112429
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   (415) 433-1940
Facsimile:   (415) 399-8490
E-mail:  lporter@littler.com
         rrahm@littler.com
         ahightower@littler.com

Attorneys for Defendant WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION<br><br><br>THIS DOCUMENT RELATES TO MEVORAH v. WELLS FARGO HOME MORTGAGE | Case No.  MDL 06-CV-1770  MHP<br><br>[PROPOSED] FINAL ORDER ENJOINING CALIFORNIA CLASS MEMBERS FROM EX PARTE CONTACT WITH COUNSEL FOR MICHAEL HOLLANDER |

1  The Request of Wells Fargo Home Mortgage, a division of Wells Fargo Bank ("WFHM"), for an injunction related to the pending Superior Court action entitled *Michael Hollander v. Wells Fargo Bank, N.A.*, San Diego Superior Court No. 37-2008-00055014-CU-NC ("the *Hollander* Action), and the Joinder of Carolyn Urso having been considered, and the Opposition of counsel for Michael Hollander having also been considered,

The Court hereby finds:

1. Plaintiff Jason Mevorah filed his class-action complaint against WFHM on February 10, 2005 ("California Federal Action"), which was removed to this Court, alleging that WFHM misclassified its HMCs as exempt, and did not pay them overtime, and did not provide meal and rest periods, in violation of the Fair Labor Standards Act and/or the California Labor Code.

2. On May 15, 2006, Laura Strickler filed an action against WFHM in San Diego Superior Court, entitled, *Strickler v. Wells Fargo Bank*, Case No. GIN 052537 ("*Strickler* Action"). Strickler is represented by the Initiative Legal Group, LLP ("ILG"). In her Second Amended Complaint, Strickler alleges causes of action for penalties pursuant to the California Labor Code Private Attorneys Act, Labor Code sections 2699, *et seq.* ("PAGA"), which overlap with the misclassification-overtime claims in the California Federal Action. In one cause of action, Strickler alleges that WFHM allegedly misclassified its California HMCs as exempt and, therefore, they were not paid overtime in alleged violation of the California Labor Code. Similarly, in another cause of action, Strickler alleges that WFHM, because it allegedly misclassified its HMCs as exempt, violated the Labor Code by providing HMCs with wage statements that did not show the number of hours worked.

3. On October 18, 2007, this Court certified a class of HMCs in the California Federal Action with respect to alleged misclassification-overtime issues and meal and rest breaks ("California Class"). It also appointed the law firms of McInerney & Jones and Hoffman & Lazear as class counsel for the California Federal Action ("California Class Counsel"). This Court accordingly has jurisdiction over the California Class named and absent class members.

4. On December 11, 2008, ILG filed a new action on behalf of Michael Hollander in the Superior Court, County of Alameda, later transferred to San Diego County, entitled

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

(NO. MDL-1770)     1.     [PROPOSED] FINAL ORDER ENJOINING CA CLASS MEMBERS RE HOLLANDER ACTION

*Hollander v. Wells Fargo Bank*, Case No. 37-2008-00055014-CU-NC ("*Hollander* Action"). Michael Hollander is among the HMCs who Strickler asserts to be "aggrieved employees" and on whose behalf Strickler seeks damages and/or penalties under PAGA. In the *Hollander* Action, Michael Hollander seeks PAGA penalties and actual damages on behalf of a class of California HMCs under the same or similar legal theories underlying *Strickler*, *i.e.*, that WFHM allegedly misclassified HMCs, did not itemize overtime hours on wage statements, and did not provide meal and rest breaks. Hollander seeks to certify a class of California HMCs and for his counsel to contact California Class Members to gather evidence to support his case.

5. WFHM asserts in the California Federal Action as an affirmative defense that it properly classified HMCs as exempt from overtime under one or more exemptions under the Fair Labor Standards Act and/or the California Labor Code. WFHM maintains, therefore, among other things, that it is not required to pay overtime or to itemize hours worked on HMCs' wage statements. This Court finds there is sufficient overlap to the claims and/or defenses to these cases that the *Hollander* Action might confuse HMCs, interfere with the parties' prosecution of claims and defenses in the California Federal Action, and interfere with this Court's management and control of the California Federal Action.

Based on these findings, and good cause appearing in aid of this Court's jurisdiction;

**IT IS HEREBY ORDERED:**

The Court hereby enjoins the named and absent class members in the action entitled *Mevorah v. Wells Fargo Home Mortgage* (the "California Federal Class Action"), from responding to, or in any other way communicating with counsel for plaintiff in the action entitled *Hollander v. Wells Fargo Bank*, San Diego County Superior Court Case No. 37-2008-00055014-CU-NC,

///
///
///
///
///
///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

(NO. MDL-1770) 2. [PROPOSED] FINAL ORDER ENJOINING CA CLASS MEMBERS RE HOLLANDER ACTION

1  concerning the subject matter of the California Federal Class Action, without the permission of
2  California Class Counsel.

Dated: October 22, 2008



THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT COURT JUDGE

Firmwide:87110748.1 051995.1003

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(NO. MDL-1770)    3.    [PROPOSED] FINAL ORDER ENJOINING CA CLASS MEMBERS RE HOLLANDER ACTION