UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION | Case No. MDL-1770<br><br>STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING DECEMBER 8, 2008 STATUS CONFERENCE |
|---|---|

WHEREAS the Court previously set a Status Conference for December 8, 2008 at 3:00 p.m. and required counsel to submit a discovery plan for the Nationwide Class by midnight on December 1, 2008;

WHEREAS a family medical emergency has arisen which renders lead defense counsel unable to meet these Court deadlines and Plaintiffs' counsel are agreeable to postponing the Status Conference;

IT IS HEREBY STIPULATED that the Status Conference may be continued to January 26, 2009 at 3:00 p.m. with a corresponding continuance of the deadline to submit to the Court a proposed discovery plan previously ordered to January 20, 2009.

Pursuant to General Order Rule 45, the filer of this Stipulation and Order, Alison Hightower, hereby attests that Charles Russell and Kevin McInerney have concurred in the filing of this document with electronic signatures in lieu of original signatures.

///

| | | |
|---|---|---|
| 1 | Dated: December 1, 2008 | By: /S/ Charles Russell |
| 2 | | Charles Russell |
| | | Attorneys for Nationwide Plaintiffs |

Dated: December 1, 2008    By: /S/Kevin McInerney
                               Kevin McInerney
                               Attorneys for California Plaintiffs

Dated: December 1, 2008    By: /s/ Alison S. Hightower
                               Alison S. Hightower
                               Attorneys for Defendant Wells Fargo Home
                               Mortgage, a division of Wells Fargo Bank,
                               N.A.

AND NOW, on this _____ day of December, 2008, the parties having stipulated,

**IT IS ORDERED** that the Status Conference currently scheduled for December 8, 2008 at 3:00 pm. is hereby continued to ~~January 26~~, February 2, 2009 at 3:00 p.m.  Counsel for Nationwide Plaintiffs and Defendant are directed to file and serve a proposed Discovery Plan by January 20, 2009.

Dated: December  2 , 2008

_____
The Honorable Marilyn H. Patel
Judge of the United States District Court

IT IS SO ORDERED
Judge Marilyn H. Patel

Firmwide:87594003.1 051995.1003

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION/ORDER RE STATUS
CONFERENCE                                2.                          Case No. MDL-1770