Kevin J. McInerney, SBN 46941
Kelly McInerney, SBN 200017
Charles A. Jones, SBN 224195
**MCINERNEY & JONES**
18124 Wedge Parkway #503
Reno, NV 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866

James F. Clapp, SBN 145814
**DOSTART CLAPP GORDON & COVENEY, LLP**
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299

Lindbergh Porter, Jr., SBN 100091
**LITTLER MENDELSON, PC**
650 California St., 22nd Floor
San Francisco, CA 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION<br><br>This document Relates To:<br><br>MEVORAH (URSO) v. WELLS FARGO | MDL Case No. 06-1770 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE**<br><br>Judge: Hon. Marilyn Hall Patel<br>Courtroom: 15 |

---

1

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE**

## STIPULATION

WHEREAS, the February 2, 2009 Status Conference with respect to the California class was rescheduled for October 19, 2009;

WHEREAS, the parties stipulated on January 21, 2009 that, in the event that the Ninth Circuit issued a decision or ruling prior to the rescheduled date, either party may move this Court to advance the matter on the calendar;

WHEREAS, the Ninth Circuit Court of Appeals has reversed and remanded this Court's Order certifying the California class for a new certification analysis;

WHEREAS, the California class, through its representative Caroline Urso and her counsel, and the Defendant, through its counsel, hereby stipulate as follows:

1. The Status Conference with respect to the California class currently set for October 19, 2009 should be rescheduled for Monday, August 10, 2009 at 3:00 p.m.

Date: July 20, 2009               Respectfully submitted,

                                  MCINERNEY & JONES


                                  By:  /s/ Kevin J. McInerney
                                       Kevin J. McInerney
                                       Attorneys for Plaintiffs

Date: July 20, 2009               Respectfully submitted,

                                  LITTLER MENDELSON PC


                                  By:  /s/ Lindbergh Porter, Jr.
                                       Lindbergh Porter, Jr.
                                       Attorneys for Defendant

**I hereby attest that I have on file all holographic signatures for any signature indicated by a "conformed" signature (/s/) within this e-filed document.**
/s/ Kevin J. McInerney

# ORDER

Upon the stipulation of the parties, the Status Conference hearing with respect to the California class currently set for October 19, 2009 is hereby rescheduled for 8/10/2009 at 3:00 o'clock. p.m.

Dated: July 24, 2009

IT IS SO ORDERED

Judge Marilyn H. Patel

**PROOF OF SERVICE**
*Jason Mevorah (Caroline Urso) v. Wells Fargo Home Mortgage, et. al*
**United States District court, Northern District of California**
**MDL: 06-1770 (Case No. 05-01175 MHP)**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On July 20, 2009, I served the foregoing document(s) described as:

    1.    Stipulation and [Proposed] Order Rescheduling Status Conference

on all interested parties in this action addressed to the addressee as follows:

Lindbergh Porter, Jr.
LITTLER MENDELSON
lporter@littler.com

James F. Clapp, SBN 145814
DOSTART CLAPP GORDON & COVENEY, LLP
jclapp@sdlaw.com

H. Tim Hoffman
HOFFMAN & LAZEAR
hth@hoffmanandlazear.com

Charles Russell
CALLAHAN, MCCUNE & WILLIS
charles_russell@cmwlaw.net

George A. Hanson
STUEVE, SIEGEL, HANSON & WOODY, LLP
hanson@stuevesiegel.com

XX  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on July 20, 2009 at Reno, Nevada.

                        /s/ Jennifer Smith
                        Jennifer Smith