UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WELLS FARGO HOME MORTGAGE<br>OVERTIME PAY LITIGATION<br><br><br>This document relates to NATIONWIDE CASES | MDL Case No. MDL-1770<br><br>STIPULATION AND [PROPOSED] ORDER SUBSTITUTING CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP FOR CALLAHAN, McCUNE & WILLIS, APLC AS CLASS COUNSEL FOR THE NATIONWIDE CLASS AND FOR THE NATIONWIDE FLSA COLLECTIVE ACTION |

## STIPULATION AND PROPOSED ORDER

MARILYN HALL PATEL, United States District Judge:

The parties having stipulated, it is **ORDERED as follows:**

In its October 18, 2007 Order, this Court appointed the law firms of Callahan, McCune & Willis, APLC and Stueve Siegel Hanson, LLP as counsel for the nationwide class.

Robert W. Thompson, and Charles S. Russell had appeared in this case from Callahan, McCune & Willis, APLC.

Callahan, McCune & Willis, APLC is dissolving effective July 31, 2009. Most of the attorneys at Callahan, McCune & Willis, APLC, including all of the attorneys who appeared in

and handled this case, will be part of the new firm of Callahan, Thompson, Sherman & Caudill, LLP effective August 1, 2009.

    THEREFORE, the firm of Callahan, Thompson, Sherman & Caudill, LLP, by Robert W. Thompson and Charles S. Russell, is hereby substituted for Callahan, McCune & Willis, APLC as co-lead counsel for the Nationwide Rule 23 Class and for the FLSA collective action.

    The filer has obtained the concurrence of all other signatories.

**IT IS SO STIPULATED.**

| STUEVE SIEGEL HANSON LLP<br><br>  s/ George A. Hanson<br>George A. Hanson<br>Eric. Dirks<br>ATTORNEYS FOR NATIONWIDE PLAINTIFFS | CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP<br><br>  s/ Charles S. Russell<br>Robert W. Thompson<br>Charles S. Russell<br>ATTORNEYS FOR NATIONWIDE PLAINTIFFS |
|---|---|
| LITTLER MENDELSON, PC<br><br>  s/ Lindberg Porter, Jr.<br>Lindbergh Porter, Jr.<br>Richard H. Rahm<br>Alison S. Hightower<br>ATTORNEYS FOR DEFENDANT | CALLAHAN, MCCUNE & WILLIS, APLC<br><br>  s/ Robert W. Thompson<br>Robert W. Thompson<br>Charles S. Russell<br>FORMER ATTORNEYS FOR NATIONWIDE PLAINTIFFS |

**IT IS SO ORDERED.**

Dated: __8/3/2009_____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 31, 2009, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send email notification of such filing(s) to the following:

**Lindbergh Porter, Jr.**
**Richard H. Rahm**
**Alison Hightower**
**LITTLER MENDELSON, PC**
**650 California Street, 22nd Floor**
**San Francisco, CA 94108**
**Email: lporter@littler.com**
**Email: rrahm@littler.com**
**PH:    415-433-1940 / Fax: 415-399-8490**
**ATTORNEYS FOR DEFENDANT**

**H. Tim Hoffman**
**Arthur William Lazear**
**HOFFMAN & LAZEAR**
**180 Grand Avenue, Suite 1550**
**Oakland, CA 94612**
**Email: hth@hoffmanandlazear.com**
**Email: awl@hoffmanandlazear.com**
**PH:    510 763-5700 / Fax:**

**Kevin J. McInerney**
**MCINERNEY & JONES**
**18124 Wedge Parkway #503**
**Reno, NV 89511**
**Email: kevin@mcinerneylaw.net**
**PH:    775-849-3811 / Fax:  775-849-3866**
**ATTORNEYS FOR CALIFORNIA PLAINTIFFS**

**James F. Clapp, SBN 145814**
**Dostart Clapp Gordon & Coveney, LLP**
**4370 La Jolla Village Drive, Suite 970**
**San Diego, CA 92122**
**Telephone:    (858) 623-4200**
**Facsimile:    (858) 623-4299**

/s/_____
Charles S. Rusell an attorney for
Nationwide Plaintiffs

1