Kevin J. McInerney, SBN 46941
Kelly McInerney, SBN 200017
Charles A. Jones, SBN 224195
**MCINERNEY & JONES**
18124 Wedge Parkway #503
Reno, NV 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866

James F. Clapp, SBN 145814
**DOSTART CLAPP GORDON & COVENEY, LLP**
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299

H. Tim Hoffman, SBN 49141
Arthur W. Lazear, SBN 83603
Morgan M. Mack SBN 212659
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

Lindbergh Porter, Jr., SBN 100091
**LITTLER MENDELSON, PC**
650 California St., 22nd Floor
San Francisco, CA 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION<br><br>This document Relates To:<br><br>MEVORAH (URSO) v. WELLS FARGO | MDL Case No. 06-1770 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE PAGE LIMIT EXTENSION AND BRIEFING SCHEDULE FOR PLAINTIFF'S CERTIFICATION BRIEF**<br><br>Judge: Hon. Marilyn Hall Patel<br>Courtroom: 15 |

## STIPULATION

WHEREAS, counsel for the plaintiff Caroline Urso has requested an additional day to file her brief regarding class certification and an extension of the page limit from 25 to up to 35 pages; and

WHEREAS, the defendant does not object to these requests;

It is stipulated by and between the parties that the plaintiff's brief regarding certification may be filed on September 15, 2009 as opposed to September 14, 2009 and that the page limit for that brief may be increased to 35 pages.

Date: September 10, 2009                     Respectfully submitted,

                                             MCINERNEY & JONES

                                             By:  /s/ Kevin J. McInerney
                                                  Kevin J. McInerney
                                                  Attorneys for Plaintiffs

Date: September 10, 2009                     Respectfully submitted,

                                             LITTLER MENDELSON PC

                                             By:  /s/ Lindbergh Porter, Jr.
                                                  Lindbergh Porter, Jr.
                                                  Attorneys for Defendant

**I hereby attest that I have on file all holographic signatures for any signature indicated by a "conformed" signature (/s/) within this e-filed document.**
/s/ Kevin J. McInerney

## ORDER

Upon the stipulation of the parties, the plaintiff's brief on certification shall now be due on Tuesday, September 15, 2009 and the plaintiff's page limitation for that brief is increased to 35 pages.

Dated: September 11, 2009



IT IS SO ORDERED

Judge Marilyn H. Patel

**PROOF OF SERVICE**
*Jason Mevorah (Caroline Urso) v. Wells Fargo Home Mortgage, et. al*
**United States District court, Northern District of California**
**MDL: 06-1770 (Case No. 05-01175 MHP)**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On September 10, 2009, I served the foregoing document(s) described as:

    1.    Stipulation and [Proposed] Order re Page Limit Extension and Briefing Schedule for Plaintiff's Certification Brief

on all interested parties in this action addressed to the addressee as follows:

Lindbergh Porter, Jr.
LITTLER MENDELSON
lporter@littler.com

James F. Clapp
DOSTART CLAPP GORDON & COVENEY, LLP
jclapp@sdlaw.com

H. Tim Hoffman
HOFFMAN & LAZEAR
hth@hoffmanandlazear.com

Charles Russell
CALLAHAN, MCCUNE & WILLIS
charles_russell@cmwlaw.net

George A. Hanson
STUEVE, SIEGEL, HANSON & WOODY, LLP
hanson@stuevesiegel.com

XX   By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on September 10, 2009 at Reno, Nevada.

                                    /s/ Jennifer Smith
                                    Jennifer Smith