LINDBERGH PORTER, JR., Bar No. 100091
RICHARD H. RAHM, Bar No. 130728
ALISON S. HIGHTOWER, Bar No. 112429
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:    (415) 433 1940
Facsimile:    (415) 399 8490
E mail: lporter@littler.com
        rrahm@littler.com
        ahightower@littler.com

Attorneys for Defendant WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, NATIONAL ASSOCIATION

KEVIN J. MCINERNEY, Bar No. 46941
KELLY MCINERNEY, Bar No. 200017
CHARLES A. JONES, Bar No. 224195
MCINERNEY & JONES
18124 Wedge Parkway, #503
Reno, NV 89511
Telephone: (775) 849-3811
Facsimile: (775) 849-3866
Email: kevin@mcinerneylaw.net

JAMES F. CLAPP, Bar No. 145814
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone: (858) 623-4200
Facsimile: (858) 623-4299
Email: jclapp@sdlaw.com

H. TIM HOFFMAN, Bar No. 49141
ARTHUR W. LAZEAR, Bar No. 83603
MORGAN M. MACK, Bar No. 212659
HOFFMAN & LAZEAR
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311
Email: hth@hoffmanandlazear.com
       awl@hoffmanandlazear.com

Attorneys for Plaintiffs

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP & [PROP] ORD. RE PAGE LIMIT
EXTN & BRIEF SCHED (NO. 06-1770 MHP)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | MDL Case No. 06-1770 |
|---|---|
| WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION<br><br>This document relates to MEVORAH/URSO v. WELLS FARGO only | STIPULATION AND [PROPOSED] ORDER RE PAGE LIMIT EXTENSION AND BRIEFING SCHEDULE FOR DEFENDANT'S CERTIFICATION OPPOSITION BRIEF<br><br>Judge: Hon. Marilyn Hall Patel<br>Courtroom: 15 |

## STIPULATION

WHEREAS, counsel for Defendant Wells Fargo Home Mortgage ("WFHM") has requested three additional days, until October 9, 2009, to file its brief regarding class certification and an extension of the page limit from 25 to up to 35 pages; and

WHEREAS, the Plaintiff does not object to these requests;

It is stipulated by and between the parties that the Defendant's brief regarding certification may be filed on October 9, 2009, rather than October 6, 2009, and that the page limit for that brief may be increased to 35 pages.

Dated: October 2, 2009                     Respectfully submitted,


/s/ Lindbergh Porter
Lindbergh Porter, Jr.
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant

Dated: October 2, 2009                     Respectfully submitted,


/s/ Kevin J. McInerney
Kevin J. McInerney
MCINERNEY & JONES
Attorneys for Plaintiffs

STIP & [PROP] ORD. RE PAGE LIMIT EXTN & BRIEF SCHED (NO. 06-1770 MHP)           1.

## ORDER

Upon the stipulation of the parties, the Defendant's brief on certification shall now be due on Friday, October 9, 2009 and the Defendant's page limitation for that brief is increased to 35 pages.

Dated: October __5__, 2009

_____
UNITED STATES DISTRICT JUDGE

Firmwide:92275059.1 051995.1003

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP & [PROP] ORD. RE PAGE LIMIT
EXTN & BRIEF SCHED (NO. 06-1770 MHP)     2.