Kevin J. McInerney, Esq. (46941)
kevin@mcinerneylaw.net
Kelly McInerney, Esq. (200017)
kelly@mcinerneylaw.net
Charles A. Jones, Esq. (224915)
caj@mcinerneylaw.net
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:     (775) 849-3811
Facsimile:     (775) 849-3866

James F. Clapp, Esq. (145814)
jclapp@sdlaw.com
Marita Murphy Lauinger, Esq. (199242)
mlauinger@sdlaw.com
Zachariah P. Dostart, Esq. (255071)
zdostart@sdlaw.com
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:     (858) 623-4200
Facsimile:     (858) 623-4299

*Attorneys for Plaintiffs*
*Jason Aiello, Souheil Sawaya*
*and Mario Velarde*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO HOME MORTGAGE OVERTIME LITIGATION | MDL Case No. 06-1770 MHP<br><br>**ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO LOCAL RULES 3-12 AND 7-11** |

---

1

ADMINISTRATIVE MOTION TO RELATE CASES PURSUANT TO LOCAL RULES 3-12 & 7-11

| | |
|---|---|
| **JASON AIELLO,** | Civil Case No. 10-cv-00744 EMC |
| Plaintiff, | Filed as a Tag-Along Case to MDL No. 06-1770 Assigned to the Honorable Marilyn Hall Patel |
| v. | |
| **WELLS FARGO BANK, N.A.,** | |
| Defendant. | |
| | |
| **SOUHEIL SAWAYA,** | Civil Case No. 10-cv-01460 JL |
| Plaintiff, | Filed as a Tag-Along Case to MDL No. 06-1770 Assigned to the Honorable Marilyn Hall Patel |
| v. | |
| **WELLS FARGO BANK, N.A.,** | |
| Defendant. | |
| | |
| **MARIO VELARDE,** | Civil Case No. 10-cv-00772 EDL |
| Plaintiff, | Filed as a Tag-Along Case to MDL No. 06-1770 Assigned to the Honorable Marilyn Hall Patel |
| v. | |
| **WELLS FARGO BANK, N.A.,** | |
| Defendant. | |

This is an administrative motion to relate three actions by different plaintiffs (Jason Aiello, Souheil Sawaya, and Mario Velarde) against Wells Fargo Bank, N.A. to an ongoing MDL case in this District. All three plaintiffs have in the past been employed by the common defendant, Wells Fargo Bank, N.A., as Home Mortgage Consultants. All three bring their complaints seeking overtime pay and related relief.

In 2006 the Judicial Panel on Multidistrict Litigation assigned a number of actions involving Wells and its former Home Mortgage Consultants to the Honorable Marilyn Hall Patel. Since that time, Judge Patel has been acting as the MDL judge and continues to so act. That action is *In re Wells Fargo Home Mortgage Overtime Litigation*, MDL Case No. 06-1770 MHP. Over the past several months, a number of additional individual lawsuits have been filed by former Home Mortgage Consultants in this District and because the caption of each has referred to the MDL proceedings those complaints have been assigned to Judge Patel. The three individual actions (*Aiello, Sawaya, Velarde*), which are the subject of this administrative motion, were not so assigned by the Clerk's Office, this necessitating this motion.

It is appropriate that these three additional actions also be referred to Judge Patel since they are clearly related under the criteria of Civil Local Rule 3-12. Specifically, all three actions involve the same defendant, the nature of the overtime claims is similar, and there would be an unduly burdensome duplication of labor and expense were these cases conducted before different judges. Judge Patel has gained familiarity with the factual and legal issues common to all these cases over the several years that she has guided the MDL matters.

Wells Fargo has stipulated to the transfer of these actions to Judge Patel and that stipulation, with its incorporated proposed order, is attached to this motion.

Date: April 30, 2010              MCINERNEY & JONES

                                  By: s/ Kevin J. McInerney
                                  Kevin J. McInerney
                                  *Attorneys for Plaintiffs Aiello, Sawaya, and Velarde*

**PROOF OF SERVICE**
*In re Wells Fargo Home Mortgage Overtime Litigation*
**United States District court, Northern District of California**
**MDL Case No: 06-1770**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On April 30, 2010, I served the foregoing document(s) described as:

    1.    Administrative Motion to Relate Cases Pursuant to Local Rules 3-12 and 7-11
    2.    Stipulation and [Proposed] Order in Support of Administrative Motion to Relate Cases Pursuant to Local Rules 3-12 and 7-11

on all interested parties in this action addressed to the addressee as follows:

Lindbergh Porter, Jr.
LITTLER MENDELSON
lporter@littler.com

James F. Clapp
DOSTART CLAPP GORDON & COVENEY, LLP
jclapp@sdlaw.com

H. Tim Hoffman
HOFFMAN & LAZEAR
hth@hoffmanandlazear.com

Charles Russell
CALLAHAN, MCCUNE & WILLIS
charles_russell@cmwlaw.net

George A. Hanson
STUEVE, SIEGEL, HANSON & WOODY, LLP
hanson@stuevesiegel.com

XX   By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on April 30, 2010 at Reno, Nevada.

_____
Jennifer Smith

**PROOF OF SERVICE**