**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>WELLS FARGO HOME MORTGAGE<br>OVERTIME PAY LITIGATION<br><br><br>This document relates to NATIONWIDE CASES | MDL Case No.: 3:06-md-1770-MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING FILING AND<br>HEARING DATES FOR SETTLEMENT<br>APPROVAL OF NATIONWIDE ACTION |

**STIPULATION AND PROPOSED ORDER**

Having reached a settlement of the nationwide FLSA action and agreement to decertification of the Rule 23 class, Nationwide Plaintiffs and Wells Fargo agreed and the Court ordered that settlement approval and decertification materials were to be filed by June 28, 2010, with an approval hearing at 2:00 p.m. on July 12, 2010.

The parties have been working diligently to finalize the agreement, but will require a little more time.

Therefore, the parties agree and hereby stipulate that the deadline for filing approval paperwork be continued to July 26, 2010, and the approval hearing be continued to August 9, 2010, at 2:00 p.m.

The filer has obtained the concurrence of all other signatories.

**IT IS SO STIPULATED.**

| STUEVE SIEGEL HANSON LLP<br><br>  s/ George A. Hanson<br>George A. Hanson<br>Eric Dirks<br>ATTORNEYS FOR NATIONWIDE PLAINTIFFS | CALLAHAN, THOMPSON,<br>SHERMAN & CAUDILL, LLP<br><br>  s/ Charles S. Russell<br>Robert W. Thompson<br>Charles S. Russell<br>ATTORNEYS FOR NATIONWIDE PLAINTIFFS |
|---|---|
| LITTLER MENDELSON, PC<br><br>  s/ Lindberg Porter, Jr.<br>Lindbergh Porter, Jr.<br>Richard H. Rahm<br>Alison S. Hightower<br>ATTORNEYS FOR DEFENDANT | |

**IT IS SO ORDERED.**

Dated:  June 28, 2010



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 25, 2010, I electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send email notification of such filing(s) to the following:

**Lindbergh Porter, Jr.**
**Richard H. Rahm**
**Alison Hightower**
**LITTLER MENDELSON, PC**
**650 California Street, 22nd Floor**
**San Francisco, CA 94108**
**Email: lporter@littler.com**
**Email: rrahm@littler.com**
**PH:   415-433-1940 / Fax: 415-399-8490**
**ATTORNEYS FOR DEFENDANT**

**H. Tim Hoffman**
**Arthur William Lazear**
**HOFFMAN & LAZEAR**
**180 Grand Avenue, Suite 1550**
**Oakland, CA 94612**
**Email: hth@hoffmanandlazear.com**
**Email: awl@hoffmanandlazear.com**
**PH:   510 763-5700 / Fax:**

**Kevin J. McInerney**
**MCINERNEY & JONES**
**18124 Wedge Parkway #503**
**Reno, NV 89511**
**Email: kevin@mcinerneylaw.net**
**PH:   775-849-3811 / Fax:   775-849-3866**
**ATTORNEYS FOR CALIFORNIA PLAINTIFFS**

**James F. Clapp, SBN 145814**
**Dostart Clapp Gordon & Coveney, LLP**
**4370 La Jolla Village Drive, Suite 970**
**San Diego, CA 92122**
**Telephone:    (858) 623-4200**
**Facsimile:    (858) 623-4299**

/s/ _____
Charles S. Rusell an attorney for
Nationwide Plaintiffs

1