Kevin J. McInerney, Esq. (46941)
kevin@mcinerneylaw.net
Kelly McInerney, Esq. (200017)
kelly@mcinerneylaw.net
Charles A. Jones, Esq. (224915)
caj@mcinerneylaw.net
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:  (775) 849-3811
Facsimile:   (775) 849-3866

James F. Clapp, Esq. (145814)
jclapp@sdlaw.com
Marita Murphy Lauinger, Esq. (199242)
mlauinger@sdlaw.com
Zachariah P. Dostart, Esq. (255071)
zdostart@sdlaw.com
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:  (858) 623-4200
Facsimile:   (858) 623-4299

*Attorneys for Plaintiff*
Additional Counsel Appear on Next Page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE URSO,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | CASE NO. 3:06-md-1770 MHP<br><br>STIPULATION AND [PROPOSED] ORDER RE PAGE LIMIT EXTENSION FOR PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WELLS' EXEMPTION CLAIMS UNDER THE FEDERAL OUTSIDE SALES AND ADMINISTRATIVE EXEMPTIONS<br><br>Date:  September 13, 2010<br>Time:  2:00 p.m.<br>Crtrm: 15<br>Honorable Marilyn Hall Patel |

1

STIPULATION AND [PROPOSED] ORDER RE PAGE
LIMIT EXTENSION FOR PLAINTIFF'S REPLY BRIEF
CASE NO. 3:06-md-1770 MHP

1  Lindbergh Porter, Jr., Esq. (100091)
   lporter@littler.com
2  Richard H. Rahm, Esq. (130728)
   rrahm@littler.com
3  Alison S. Hightower, Esq. (112429)
   ahightower@littler.com
4  LITTLER MENDELSON, PC
   650 California St., 22nd Floor
5  San Francisco, CA 94108
   Telephone:   (415) 433-1940
6  Facsimile:    (415) 399-8490

7  *Attorneys for Defendant*

8

...

28

2

STIPULATION AND [PROPOSED] ORDER RE PAGE
LIMIT EXTENSION FOR PLAINTIFF'S REPLY BRIEF
CASE NO. 3:06-md-1770 MHP

## STIPULATION

WHEREAS, counsel for the Plaintiff Caroline Urso has requested an extension of the page limit on her reply brief in support of her Motion for Partial Summary Judgment on Wells' Exemption Claims Under the Federal Outside Sales and Administrative Exemptions from 15 to up to 18 pages; and

WHEREAS, the Defendant does not object to this requests;

It is stipulated by and between the parties that the page limit for Plaintiff's reply brief may be increased from 15 to up to 18 pages.

Date: August 30, 2010                    Respectfully submitted,

                                          MCINERNEY & JONES

                                          By: /s/ Kevin J. McInerney
                                          Kevin J. McInerney
                                          Attorneys for Plaintiffs

Date: August 30, 2010                    Respectfully submitted,

                                          LITTLER MENDELSON PC

                                          By: /s/ Richard Rahm
                                          Richard Rahm
                                          Attorneys for Defendant

## ORDER

Upon the stipulation of the parties, the Plaintiff's reply brief in support of her Motion for Partial Summary Judgment on Wells' Exemption Claims Under the Federal Outside Sales and Administrative Exemptions is increased from 15 to up to 18 pages.

Dated: 9/1, 2010

Honorable Marilyn Hall Patel
United States District Judge

3
STIPULATION AND [PROPOSED] ORDER RE PAGE
LIMIT EXTENSION FOR PLAINTIFF'S REPLY BRIEF
CASE NO. 3:06-md-1770 MHP

**PROOF OF SERVICE**
*In re Wells Fargo Home Mortgage Overtime Litigation*
*Caroline Urso v. Wells Fargo Home Mortgage*
United States District Court, Northern District of California
Case No. 3:06-md-1770 MHP

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On August 31, 2010, I served the foregoing document(s) described as:

STIPULATION AND [PROPOSED] ORDER RE PAGE LIMIT EXTENSION FOR PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON WELLS' EXEMPTION CLAIMS UNDER THE FEDERAL OUTSIDE SALES AND ADMINISTRATIVE EXEMPTIONS

on all interested parties in this action addressed to the addressee as follows:

Lindbergh Porter, Jr., Esq.
lporter@littler.com
Richard H. Rahm, Esq.
rrahm@littler.com
Alison S. Hightower, Esq.
ahightower@littler.com
LITTLER MENDELSON, PC
650 California St., 22nd Floor
San Francisco, CA 94108
Telephone:   (415) 433-1940
Facsimile:   (415) 399-8490

James F. Clapp, Esq.
jclapp@sdlaw.com
Marita Murphy Lauinger, Esq.
mlauinger@sdlaw.com
Zachariah P. Dostart, Esq.
zdostart@sdlaw.com
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:   (858) 623-4200
Facsimile:   (858) 623-4299

XX   By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 31, 2010 at Reno, Nevada.

*Jennifer Smith*

**PROOF OF SERVICE**