KEVIN J. McINERNEY, CA SBN 46941
KELLY McINERNEY, CA SBN 200017
CHARLES A. JONES, CA SBN 224195
McINERNEY & JONES
18124 Wedge Parkway, No. 503
Reno, Nevada 89511
Telephone:   775.849.3811
Fax No.:   775.849.3866
Emails:   kevin@mcinerneylaw.net
   kelly@mcinerneylaw.net

Attorneys for Plaintiff CAROLINE URSO

JAMES F. CLAPP, CA SBN 145814
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, California 92122
Telephone:   858.623.4200
Fax No.:   858.623.4299
Email:   jclapp@sdlaw.com

LINDBERGH PORTER, Bar No. 100091
RICHARD H. RAHM, Bar No. 130728
ALISON S. HIGHTOWER, Bar No. 112429
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490
E-mail:   lporter@littler.com
   rrahm@littler.com
   ahightower@littler.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE URSO,<br><br>    Plaintiff,<br><br>V.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | CASE NO. 3:06-MD-1770 MHP<br><br>STIPULATION AND [PROPOSED] ORDER RE: FILING OF JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS REGARDING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (FEDERAL EXEMPTIONS)<br><br>Date:   September 13, 2010<br>Time:   2:00 p.m.<br>Court:   15<br><br>Before the Honorable Marilyn Hall Patel |

## STIPULATION

WHEREAS, counsel for Plaintiff Caroline Urso ("Plaintiff") and counsel for Defendant Wells Fargo Bank, N.A. ("Defendant") have been diligently working on the language of over sixty undisputed material facts for Plaintiff's and Defendant's Joint Statement Of Undisputed Material Facts Regarding Plaintiff's Motion for Partial Summary Judgment (Federal Exemptions) ("Joint Statement"); and

WHEREAS, the Court's standing order provides that the Joint Statement should be filed with the opposition brief, counsel for Plaintiff and Defendant agreed to continue working past that deadline to finalize the Joint Statement;

IT IS STIPULATED by and between the parties to file the Joint Statement on August 31, 2010.

Dated: August 31, 2010

/s/ Kevin J. McInerney
KEVIN J. McINERNEY
McINERNEY & JONES
Attorneys for Plaintiff
CAROLINE URSO

Dated: August 31, 2010

/s/ Richard H. Rahm
RICHARD H. RAHM
LITTLER MENDELSON
Attorneys for Defendant
WELLS FARGO BANK, N.A.

Firmwide:97190597.1 051995.1020

STIPULATION AND [PROPOSED] ORDER RE: FILING JOINT STATEMENT        1.        Case No. 3:06-md-1770 MHP

## ORDER

Upon the stipulation of the parties, the Court allows the Plaintiff's and Defendant's Joint Statement Of Undisputed Material Facts Regarding Plaintiff's Motion for Partial Summary Judgment (Federal Exemptions) to be filed on August 31, 2010.

Dated: 9/1/10
nunc pro tunc

_____
Honorable Marilyn Hall Patel
United States District Judge

Firmwide:97190597.1 051995.1020

STIPULATION AND [PROPOSED]
ORDER RE: FILING JOINT STATEMENT        2.                Case No. 3:06-md-1770 MHP

**PROOF OF SERVICE**
*In re Wells Fargo Home Mortgage Overtime Litigation*
*Caroline Urso v. Wells Fargo Home Mortgage*
United States District Court, Northern District of California
Case No. 3:06-md-1770 MHP

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On August 31, 2010, I served the foregoing document(s) described as:

STIPULATION AND [PROPOSED] ORDER RE: FILING OF JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS REGARDING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (FEDERAL EXEMPTIONS)

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lindbergh Porter, Jr., Esq. | James F. Clapp, Esq. |
| lporter@littler.com | jclapp@sdlaw.com |
| Richard H. Rahm, Esq. | Marita Murphy Lauinger, Esq. |
| rrahm@littler.com | mlauinger@sdlaw.com |
| Alison S. Hightower, Esq. | Zachariah P. Dostart, Esq. |
| ahightower@littler.com | zdostart@sdlaw.com |
| LITTLER MENDELSON, PC | DOSTART CLAPP GORDON & COVENEY, LLP |
| 650 California St., 22nd Floor | 4370 La Jolla Village Drive, Suite 970 |
| San Francisco, CA 94108 | San Diego, CA 92122 |
| Telephone:  (415) 433-1940 | Telephone:  (858) 623-4200 |
| Facsimile:  (415) 399-8490 | Facsimile:  (858) 623-4299 |

XX  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 31, 2010 at Reno, Nevada.

*/s/ Jennifer Smith*
Jennifer Smith

**PROOF OF SERVICE**