1  LINDBERGH PORTER, Bar No. 100091
   RICHARD H. RAHM, Bar No. 130728
2  ALISON S. HIGHTOWER, Bar No. 112429
   LITTLER MENDELSON
3  A Professional Corporation
   650 California Street, 20th Floor
4  San Francisco, CA  94108.2693
   Telephone:  415.433.1940
5  Facsimile:   415.399.8490
   E-mail:   lporter@littler.com
6            rrahm@littler.com
             ahightower@littler.com
7
   Attorneys for Defendant
8  WELLS FARGO HOME MORTGAGE,
   a division of WELLS FARGO BANK,
9  NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE URSO,<br><br>　　　　　Plaintiff,<br><br>V.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant<br><br><br>AND CERTAIN TAG ALONG ACTIONS<br>(SEE EXHIBIT A) | Case No.  3:06-MDL-1770 MHP<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Before the Honorable Marilyn Hall Patel |

　　　　　The parties, by their undersigned counsel, stipulate as follows:

　　　　　WHEREAS Judge Patel has been the assigned judge to the action filed by Caroline Urso under a multi-district consolidation order in Case No. MDL 1770;

　　　　　WHEREAS counsel for plaintiff Caroline Urso to date has brought separate "tag-along" actions on behalf of certain other plaintiffs, which also have been also assigned to Judge Patel, including Alaina Bixon, Daniel Cobb, Steven Humphries, and Susan Young;

///

1   WHEREAS a Case Management Conference was set by the Court for October 18,
2   2010 in these cases;

3   WHEREAS Plaintiffs' counsel has scheduled a hearing on Caroline Urso's motion
4   for partial summary judgment on October 25, 2010 and it would be more cost effective for plaintiffs'
5   counsel to hold the Case Management Conference on the tag-along cases on the same date;

6   IT IS HEREBY STIPULATED that the Case Management Conference currently set
7   for October 18, 2010, at 3:00 p.m. for the cases brought by Alaina Bixon, Daniel Cobb, Steven
8   Humphries, and Susan Young may be continued to October 25, 2010 at 3:00 p.m. in Courtroom 15.

DATED: September __, 2010          McINERNEY & JONES


                                   /S/Kevin J. McInerney
                                   Kevin J. McInerney
                                   Attorneys for Plaintiffs

DATED: September __, 2010          LITTLER MENDELSON, P.C.


                                   /S/Lindbergh Porter, Jr.
                                   LINDBERGH PORTER, JR.
                                   Attorneys for Defendant
                                   WELLS FARGO BANK, N.A.


**ORDER**

Pursuant to Stipulation, it is so ordered.

DATED: Sept. 30 , 2010             _____
                                   The Honorable Marilyn H. Patel
                                   UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER                    CASE NO. 3:06-MDL-1770 MHP
CONTINUING CMC                                    (AND CERTAIN TAG ALONG ACTIONS)

# EXHIBIT A

**Cases Included Within This Stipulation and Order:**

*Alaina Bixon v. Wells Fargo Bank*, Case No. CV 10-02877 MHP

*Daniel Cobb v. Wells Fargo Bank*, Case No. CV 10-02846 MHP

*Steven Humphries v. Wells Fargo Bank*, Case No. CV 10-02678 MHP

*Susan Young v. Wells Fargo Bank*, Case No. CV 10-02808 MHP

Firmwide:97732229.1 051995.1020

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

EXHIBIT A TO STIP. AND PROPOSED
ORDER CONTINUING CMC

CASE NO.  3:06-MDL-1770 MHP
(AND CERTAIN TAG ALONG ACTIONS)