1   KEVIN J. McINERNEY, CA SBN 46941      JAMES F. CLAPP, CA SBN 145814
    KELLY McINERNEY, CA SBN 200017        DOSTART CLAPP GORDON & COVENEY,
2   CHARLES A. JONES, CA SBN 224195       LLP
    McINERNEY & JONES                     4370 La Jolla Village Drive, Suite 970
3   18124 Wedge Parkway, No. 503          San Diego, California 92122
    Reno, Nevada 89511                    Telephone:    858.623.4200
4   Telephone:    775.849.3811            Fax No.:      858.623.4299
    Fax No.:      775.849.3866            Email:        jclapp@sdlaw.com
5   Emails:       kevin@mcinerneylaw.net
                  kelly@mcinerneylaw.net
6
7   Attorneys for Plaintiff Caroline Urso

8   LINDBERGH PORTER, Bar No. 100091
    RICHARD H. RAHM, Bar No. 130728
9   ALISON S. HIGHTOWER, Bar No. 112429
    LITTLER MENDELSON
10  A Professional Corporation
    650 California Street, 20th Floor
11  San Francisco, CA  94108.2693
    Telephone:    415.433.1940
12  Facsimile:    415.399.8490
    E-mail:    lporter@littler.com
13             rrahm@littler.com
               ahightower@littler.com
14
15  Attorneys for Defendant
    WELLS FARGO BANK, N.A.

16
                        UNITED STATES DISTRICT COURT
17
                        NORTHERN DISTRICT OF CALIFORNIA
18

19  CAROLINE URSO,                        Case No.  3:06-MDL-1770 MHP

20                                        **STIPULATION AND [PROPOSED]**
                     Plaintiff,           **ORDER RE: FILING OF JOINT**
21                                        **STATEMENT OF UNDISPUTED**
                                          **MATERIAL FACTS REGARDING**
22       V.                               **PLAINTIFF'S MOTION FOR PARTIAL**
                                          **SUMMARY JUDGMENT**
23
    WELLS FARGO BANK, N.A.,               Date:     October 25, 2010
24                                        Time:     2:00 p.m.
                                          Court:    15
25                   Defendant.

26                                        Before the Honorable Marilyn Hall Patel

27

28

STIPULATION AND [PROPOSED]                                    **Case No. MDL 06-1770**
ORDER RE: FILING JOINT STATEMENT

**STIPULATION**

WHEREAS, counsel for Plaintiff Caroline Urso ("Plaintiff") and counsel for Defendant Wells Fargo Bank, N.A. ("Defendant") have been diligently working on the language of ninety undisputed material facts for Plaintiff's and Defendant's Joint Statement Of Undisputed Material Facts Regarding Plaintiff's Motion for Partial Summary Judgment (Federal Exemptions) ("Joint Statement"); and

WHEREAS, the Court's standing order provides that the Joint Statement should be filed with the opposition brief, counsel for Plaintiff and Defendant agreed to continue working past that deadline to finalize the Joint Statement;

IT IS STIPULATED by and between the parties to file the Joint Statement on October 15, 2010.

Dated: October 15, 2010

/s/ Kevin J. McInerney
KEVIN J. McINERNEY
McINERNEY & JONES
Attorneys for Plaintiff
CAROLINE URSO

Dated: October 15, 2010

/s/ Richard H. Rahm
RICHARD H. RAHM
LITTLER MENDELSON
Attorneys for Defendant
WELLS FARGO BANK, N.A.

**STIPULATION AND [PROPOSED]
ORDER RE: FILING JOINT STATEMENT**

1.

**Case No. MDL 06-1770**

1

## **ORDER**

2       Upon the stipulation of the parties, the Court allows the Plaintiff's and Defendant's

3   Joint Statement Of Undisputed Material Facts Regarding Plaintiff's Motion for Partial Summary

4   Judgment to be filed on October 15, 2010.

5

6

Dated: 10/18/2010 _____

7

8                                               IT IS SO ORDERED

9                                   Hono_____  Judge Marilyn H. Patel

10

11

12   Firmwide:98098140.1 051995.1020

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| **STIPULATION AND [PROPOSED]** | 2. | **Case No. MDL 06-1770** |
| **ORDER RE: FILING JOINT STATEMENT** | | |