Kevin J. McInerney, Esq. (46941)
kevin@mcinerneylaw.net
Kelly McInerney, Esq. (200017)
kelly@mcinerneylaw.net
Charles A. Jones, Esq. (224915)
caj@mcinerneylaw.net
MCINERNEY & JONES
18124 Wedge Parkway #503
Reno, NV 89511
Telephone:   (775) 849-3811
Facsimile:    (775) 849-3866

James F. Clapp, Esq. (145814)
jclapp@sdlaw.com
Marita Murphy Lauinger, Esq. (199242)
mlauinger@sdlaw.com
Zachariah P. Dostart, Esq. (255071)
zdostart@sdlaw.com
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:   (858) 623-4200
Facsimile:    (858) 623-4299

*Attorneys for Plaintiff Caroline Urso*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CAROLINE URSO,**<br><br>             Plaintiff,<br><br>      v.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>             Defendant. | CASE NO. 3:06-md-1770 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON PLAINTIFF URSO'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date:   October 25, 2010<br>Time:   2:00 p.m.<br>Crtrm: 15<br>Honorable Marilyn Hall Patel |

1
STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON
PLAINTIFF URSO'S MOTIONS FOR SUMMARY JUDGMENT

The parties, by their undersigned counsel, stipulates as follows:

Plaintiff Caroline Urso, by her undersigned counsel Kevin J. McInerney, and Defendant Wells Fargo Bank, N.A., through its undersigned counsel Lindbergh Porter, Jr., stipulate that the hearing on Plaintiff's Motions for Summary Judgment, currently calendared for argument on October 25, 2010 at 2:00 p.m. be continued until November 22, 2010 at 2:00 p.m., or as soon thereafter as the Court may find convenient.

Date: October 19, 2010              MCINERNEY & JONES

                                    By:  s/ Kevin J. McInerney
                                         Kevin J. McInerney
                                         *Attorneys for Plaintiff*

Date: October 19, 2010              LITTLER MENDELSON, P.C.

                                    By:  s/ Lindbergh Porter, Jr.
                                         Lindbergh Porter, Jr.
                                         *Attorneys for Defendant*

### ORDER

Good cause appearing from the stipulation of the parties, the Court orders that the hearing on Plaintiff Urso's Motions for Summary Judgment, currently calendared for October 25, 2010 at 2:00 p.m., be continued to 11/22/2010 at 2:00 P.M.

Dated: 10/25/2010

IT IS SO ORDERED
Judge Marilyn H. Patel

_____
\_\_\_\_n Hall Patel
\_\_\_rict Court Judge

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING ON
PLAINTIFF URSO'S MOTIONS FOR SUMMARY JUDGMENT

**PROOF OF SERVICE**
*In re Wells Fargo Home Mortgage Overtime Litigation*
*Caroline Urso v. Wells Fargo Home Mortgage*
United States District Court, Northern District of California
Case No. 3:06-md-1770 MHP

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On October 19, 2010, I served the foregoing document(s) described as:

    Stipulation and [Proposed] Order for Continuance of Hearing on Plaintiff Urso's Motions for Summary Judgment

on all interested parties in this action addressed to the addressee as follows:

Lindbergh Porter, Jr., Esq.
lporter@littler.com
Richard H. Rahm, Esq.
rrahm@littler.com
Alison S. Hightower, Esq.
ahightower@littler.com
LITTLER MENDELSON, PC
650 California St., 22nd Floor
San Francisco, CA 94108
Telephone:   (415) 433-1940
Facsimile:   (415) 399-8490

James F. Clapp, Esq.
jclapp@sdlaw.com
Marita Murphy Lauinger, Esq.
mlauinger@sdlaw.com
Zachariah P. Dostart, Esq.
zdostart@sdlaw.com
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, CA 92122
Telephone:   (858) 623-4200
Facsimile:   (858) 623-4299

XX  By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on October 19, 2010 at Reno, Nevada.

*/s/ Jennifer Smith*
Jennifer Smith