1  KEVIN J. McINERNEY, CA SBN 46941
   KELLY McINERNEY, CA SBN 200017
2  CHARLES A. JONES, CA SBN 224195
   McINERNEY & JONES
3  18124 Wedge Parkway, No. 503
   Reno, Nevada 89511
4  Telephone:   775.849.3811
   Fax No.:     775.849.3866
5  Emails:      kevin@mcinerneylaw.net
                kelly@mcinerneylaw.net
6
   Attorneys for Plaintiff Caroline Urso
7

   JAMES F. CLAPP, CA SBN 145814
   DOSTART CLAPP GORDON & COVENEY, LLP
   4370 La Jolla Village Drive, Suite 970
   San Diego, California 92122
   Telephone:   858.623.4200
   Fax No.:     858.623.4299
   Email:       jclapp@sdlaw.com

8  LINDBERGH PORTER, Bar No. 100091
   RICHARD H. RAHM, Bar No. 130728
9  ALISON S. HIGHTOWER, Bar No. 112429
   LITTLER MENDELSON
10 A Professional Corporation
   650 California Street, 20th Floor
11 San Francisco, CA  94108.2693
   Telephone:   415.433.1940
12 Facsimile:   415.399.8490
   E-mail:      lporter@littler.com
13              rrahm@littler.com
                ahightower@littler.com
14
   Attorneys for Defendant
15 WELLS FARGO BANK, N.A.

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  CAROLINE URSO,<br><br>20               Plaintiff,<br>21<br>22  V.<br>23  WELLS FARGO BANK, N.A.,<br>24<br>25               Defendant. | Case No.  3:06-MDL-1770 MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE: CONTINUING HEARING ON**<br>**MOTION FOR PARTIAL SUMMARY**<br>**JUDGMENT**<br><br>Date:   November 22, 2010<br>Time:   2:00 p.m.<br>Court:  15<br><br>Before the Honorable Marilyn Hall Patel |

26
27
28

## STIPULATION

The parties, by their undersigned counsel, stipulate as follows:

Plaintiff Caroline Urso, by her undersigned counsel Kevin J. McInerney, and Defendant Wells Fargo Bank, N.A., through its undersigned counsel Lindbergh Porter, Jr., stipulate that the hearing on Plaintiff's Motions for Summary Judgment, currently calendared for argument on November 22, 2010 at 2:00 p.m. be continued until January 10, 2011 at 2:00 p.m., or as thereafter as the Court may find convenient.

Dated: November 16, 2010

/s/ Kevin J. McInerney
KEVIN J. McINERNEY
McINERNEY & JONES
Attorneys for Plaintiff
CAROLINE URSO

Dated: November 16, 2010

/s/ Lindbergh Porter, Jr.
LINDBERGH PORTER, JR.
LITTLER MENDELSON
Attorneys for Defendant
WELLS FARGO BANK, N.A.

## ORDER

Good cause appearing from the stipulation of the parties, the Court orders that the hearing on Plaintiff's Urso's Motions for Summary Judgment, currently calendared for November 22, 2010 to <u>January 10, 2011</u> at 2:00 p.m.

Dated: November 18, 2010



_____
Honorable
United

Firmwide:98709817.1 051995.1020

**PROOF OF SERVICE**
*In re Wells Fargo Home Mortgage Overtime Litigation*
*Caroline Urso v. Wells Fargo Home Mortgage*
**United States District Court, Northern District of California**
**Case No. 3:06-md-1770 MHP**

I, the undersigned, declare as follows:

I am employed in the County of Washoe, State of Nevada.

I am over the age of eighteen (18) years and not a party to the within action; my business address is 18124 Wedge Parkway, #503, Reno Nevada, 89511.

On November 17, 2010, I served the foregoing document(s) described as:

STIPULATION AND [PROPOSED] ORDER RE: CONTINUING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT

on all interested parties in this action addressed to the addressee as follows:

| | |
|---|---|
| Lindbergh Porter, Jr., Esq.<br>lporter@littler.com<br>Richard H. Rahm, Esq.<br>rrahm@littler.com<br>Alison S. Hightower, Esq.<br>ahightower@littler.com<br>LITTLER MENDELSON, PC<br>650 California St., 22nd Floor<br>San Francisco, CA 94108<br>Telephone:   (415) 433-1940<br>Facsimile:    (415) 399-8490 | James F. Clapp, Esq.<br>jclapp@sdlaw.com<br>Marita Murphy Lauinger, Esq.<br>mlauinger@sdlaw.com<br>Zachariah P. Dostart, Esq.<br>zdostart@sdlaw.com<br>DOSTART CLAPP GORDON & COVENEY, LLP<br>4370 La Jolla Village Drive, Suite 970<br>San Diego, CA 92122<br>Telephone:   (858) 623-4200<br>Facsimile:    (858) 623-4299 |

XX   By CM/ECF. I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the above CM/ECF registrant(s).

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 17, 2010 at Reno, Nevada.

*/s/ Jennifer Smith*