| | |
|---|---|
| 1 | Lindbergh Porter, Jr., SBN 100091 |
| 2 | Richard Rahm, Esq., SBN 130728<br>LITTLER MENDELSON, PC |
| 3 | 650 California St., 22nd Floor<br>San Francisco, CA 94108 |
| 4 | Telephone: (415) 433-1940<br>Facsimile: (415) 399-8490 |
| 5 | |
| 6 | *Attorneys for Defendant Wells Fargo Bank, N.A.* |
| 7 | Kevin J. McInerney, SBN 46941 |
| 8 | Kelly McInerney, SBN 200017<br>Charles A. Jones, SBN 224195 |
| 9 | MCINERNEY & JONES<br>18124 Wedge Parkway #503 |
| 10 | Reno, NV 89511<br>Telephone: (775) 849-3811 |
| 11 | Facsimile: (775) 849-3866 |
| 12 | James F. Clapp, SBN 145814 |
| 13 | DOSTART CLAPP & COVENEY, LLP<br>4370 La Jolla Village Drive, Suite 970 |
| 14 | San Diego, CA 92122<br>Telephone: (858) 623-4200 |
| 15 | Facsimile: (858) 623-4299 |
| 16 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION | MDL Case No. C-06-1770 EMC |
| | [PROPOSED] ORDER AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCES |
| This document Relates To: | |
| SEE EXHIBIT A, ATTACHED HERETO | Date: October 14, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Edward M. Chen<br>Courtroom: 5 – 17th Floor |

[PROPOSED] ORDER AND STIPULATION TO CONTINUE CMCS

1 | The individual plaintiffs referenced in Exhibit A, represented by Kevin J. McInerney, Esq., and the Defendant Wells Fargo Bank, N.A., represented by Lindbergh Porter Jr., Esq, stipulate and request that the Court continue the Case Management Conferences in the cases referenced in Exhibit A from the current date of October 14, 2011 at 9:00 a.m. to November 4, 2011 at 9:00 a.m. The reason for this continuance is that counsel for the plaintiffs is scheduled to be in Washington, D.C. on October 14th and counsel for Wells is scheduled for a mediation and then a trial the following Fridays. Accordingly, November 4, 2011 is the first date reasonably available to the attorneys for the parties. Counsel for the parties understand that they will still be required to file a Joint Case Management Conference Statement on or before October 7, 2011.

Date: October 4, 2011                                  Respectfully submitted,

                                                       LITTLER MENDELSON PC


                                                       By: /s/ Lindbergh Porter, Jr.
                                                           Lindbergh Porter, Jr.
                                                           *Attorneys for Defendant*
                                                           *Wells Fargo Bank, N.A.*

Date: October 4, 2011                                  MCINERNEY & JONES


                                                       By: /s/ Kevin J. McInerney
                                                           Kevin J. McInerney
                                                           *Attorneys for Plaintiffs*

## ORDER

Good cause appearing, and the parties having so stipulated, the Case Management Conferences in the cases listed in Exhibit A, attached hereto, are continued from October 14, 2011 to November 4, 2011 at 9:00 a.m.

Date: 10/4/11

IT IS SO ORDERED
Judge Edward M. Chen

# Exhibit A

| Name of Plaintiff | Case Number |
| --- | --- |
| Adame, Raul | 3:10-cv-03196 EMC |
| Aiello, Jason | 3:10-cv-00744 EMC |
| Aubry, Lee | 3:10-cv-01595 EMC |
| Bixon, Alaina | 3:10-cv-02877 EMC |
| Broderick, Edward | 3:10-cv-01505 EMC |
| Campochiaro, Diane | 3:10-cv-02556 EMC |
| Chang, Jim P. | 3:10-cv-02557 EMC |
| Cobb, Daniel | 3:10-cv-02846 EMC |
| Estes, Darren | 3:10-cv-01576 EMC |
| Harrison, Robert | 3:10-cv-01392 EMC |
| Hollingsworth, Michael | 3:10-cv-01978-EMC |
| Hollis, David | 3:10-cv-01949-EMC |
| Humphries, Steven | 3:10-cv-02678-EMC |
| Hunt, John F. | 3:10-cv-02514-EMC |
| Jacobs, Gilbert J. | 3:10-cv-02511-EMC |
| Morrissey, Peter | 3:11-cv-00111-EMC |
| Nally, Walt | 3:10-cv-01095 EMC |
| Palumbo Jr., Ralph | 3:10-cv-00801 EMC |
| Phipps, Robert | 3:10-cv-02986 EMC |
| Rosales, Veronica | 3:10-cv-01125 EMC |
| Sanchez, Dena Lawless | 3:10-cv-00909 EMC |
| Sawaya, Souheil | 3:10-cv-01460 EMC |
| Shannon, Kathleen | 3:10-cv-03198 EMC |
| Urso, Caroline | 3:06-md-1770 EMC |
| Vaks, Richard | 3:10-cv-01393 EMC |
| Velarde, Mario | 3:10-cv-00772 EMC |
| Vokos, Peter | 3:10-cv-01408 EMC |
| Watson, Armand | 3:10-cv-00873 EMC |
| Young, Susan | 3:10-cv-02808 EMC |
| Zahm, Eric Powers | 3:10-cv-02513 EMC |